Mitchell C. Baker, OSB #98135
E-mail Address:  mbaker@laborlawyers.com
Sean M. Driscoll, OSB #02298
E-mail Address:  sdriscoll@laborlawyers.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204-3604
(503) 242-4262 Telephone
(503) 242-4263 Facsimile
E-mail Address:  pdx@laborlawyers.com

    Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JONATHON CHADWICK HARBIN, | Case No.  08-CV-797-KI |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION** |
| CABLE COMMUNICATIONS, INC., an active Nevada Corporation; CAB COMM, INC., an active Georgia Corporation; JOHN GREEN, a Georgia resident; and WILLIAM K. TOUCHTON, a Georgia resident, | |
| Defendant. | **ORAL ARGUMENT REQUESTED** |

### CERTIFICATION OF CONFERRAL

Pursuant to LR 7.1(a), counsel for Defendants made a good faith effort through a telephone conference with Plaintiff's counsel to resolve these disputes and was unable to do so.

/ / /

Page 1    DEFENDANTS' MOTION TO COMPEL
              INDEPENDENT MEDICAL EXAMINATION

Portland 75982.1

## MOTION

Pursuant to Fed. R. Civ. P. 35, Defendants move for an order compelling Plaintiff to submit to an independent medical examination ("IME") related to the existence, cause(s) and severity Plaintiff's alleged emotional distress, including its alleged manifestation in sleep disturbance, insomnia and nausea. The IME will be conducted by Dr. Donna C. Wicher, Clinical Psychologist, 1865 NW 169th Pl. # 201, Beaverton, OR 97006, on a date to be agreed upon by the parties following entry of an order.

This motion is supported by the Memorandum of Law and Declaration of Sean M. Driscoll filed herewith.

DATED: July 10, 2009            FISHER & PHILLIPS LLP

/s/ Sean Driscoll
Trial Atty:  Mitchell C. Baker, OSB #98135
Sean M. Driscoll, OSB #02298
(503) 242-4262
Attorneys for Defendant

Page 2    DEFENDANTS' MOTION TO COMPEL
INDEPENDENT MEDICAL EXAMINATION
Portland 75982.1

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon  97204
(503) 242-4262