Mitchell C. Baker, OSB #98135
E-mail Address:  mbaker@laborlawyers.com
Sean M. Driscoll, OSB #02298
E-mail Address:  sdriscoll@laborlawyers.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 1250
Portland, Oregon 97204-3604
(503) 242-4262 Telephone
(503) 242-4263 Facsimile
E-mail Address:  pdx@laborlawyers.com

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JONATHON CHADWICK HARBIN, | Case No.  08-CV-797-KI |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO COMPEL TESTIMONY** |
| CABLE COMMUNICATIONS, INC., an active Nevada Corporation; CAB COMM, INC., an active Georgia Corporation; JOHN GREEN, a Georgia resident; and WILLIAM K. TOUCHTON, a Georgia resident, | |
| Defendant. | **ORAL ARGUMENT REQUESTED** |

**CERTIFICATION OF CONFERRAL**

    Pursuant to LR 7.1(a), counsel for Defendants made a good faith effort through a telephone conference with Plaintiff's counsel to resolve these disputes and was unable to do so.

/ / /

Page 1    DEFENDANTS' MOTION TO COMPEL TESTIMONY

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon  97204
(503) 242-4262

Portland 75982.1

# MOTION

Pursuant to FRCP 37, Defendants move for an order compelling Plaintiff to answer the following questions and/or questions on the following subjects:

> Plaintiff's communications with his wife to the extent they relate to her leaving Plaintiff and his children in November 2005, their reconciliation in November 2006, her attempted suicide in December 2006, her physical or mental conditions, including, but not limited to her bipolar disorder, and any other communications about matters reasonably likely to be causing or to have caused emotional distress prior to, during December 2006 and for any period of time following December 2006 for which Plaintiff claims he suffered emotional distress because of Defendants.

These motions are supported by the Memorandum of Law and Declaration of Sean M. Driscoll filed under seal herewith.


DATED: August 3, 2009                FISHER & PHILLIPS LLP


/s/ Sean Driscoll
Trial Atty:  Mitchell C. Baker, OSB #98135
Sean M. Driscoll, OSB #02298
(503) 242-4262
Attorneys for Defendant

Page 2    DEFENDANTS' MOTION TO COMPEL TESTIMONY

FISHER & PHILLIPS LLP
111 SW Fifth Ave., Ste. 1250
Portland, Oregon 97204
(503) 242-4262

Portland 75982.1