Christopher A. Slater, OSB No. 97398
1850 Umpqua Bank Plaza
One S.W. Columbia Street
Portland, Oregon 97258
Tel: (503) 227-2024
Fax: (503) 224-7299
email: cslater@slaterross.com

Of Attorneys for Plaintiff

FILED
NOV 23 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JONATHAN CHADWICK HARBIN,<br><br>Plaintiff,<br><br>vs.<br><br>CABLE COMMUNICATIONS, INCORPORATED, an active Nevada Corporation, **CAB COMM, INC.**, an active Georgia Corporation, **JOHN GREEN**, a Georgia resident; and **WILLIAM K. TOUCHTON**, a Georgia resident,<br><br>Defendants. | Case No. 3:08-CV-797-KI<br><br>STIPULATED JUDGMENT OF DISMISSAL OF DEFENDANT CAB COMM, INC. |

It is hereby stipulated and agreed between that parties that Defendant Cab Comm, Incorporated shall be dismissed without prejudice and without costs or fees to either party.

///

///

///

///

Page 1:   STIPULATED JUDGMENT OF DISMISSAL
OF DEFENDANT CAB COMM, INC.

SLATER | ROSS
1850 UMPQUA BANK PLAZA
ONE S.W. COLUMBIA STREET
PORTLAND, OREGON 97258
(503) 227-2024

Dated this the 20th day of November, 2009.

/S/ CHRISTOPHER A. SLATER   /S/ SEAN M. DRISCOLL

Christopher A. Slater, OSB No. 97398   Sean M. Driscoll, OSB No. 02298
Of Attorneys for Plaintiff   Of Attorneys for Defendants

IT IS HEREBY ORDERED AND ADJUDGED.

_____   _11-23-09_
Honorable Garr M. King   DATE
United States District Court Judge

Page 2:   STIPULATED JUDGMENT OF DISMISSAL
OF DEFENDANT CAB COMM, INC.

SLATER | ROSS
1850 UMPQUA BANK PLAZA
ONE S.W. COLUMBIA STREET
PORTLAND, OREGON 97258
(503) 227-2024